US MAGISTRATE COURT
GRG-SDTX
FILED

NOV 21 2012 MLR

David J. Bradley, Clerk
Laredo Divison

# GUILLERMO R. GARCIA,
United States Magistrate Judge, Presiding

| | | | |
|---|---|---|---|
| Deputy Clerk | Mayra Ramirez | Open | 08:15 AM |
| Court Reporter | Aimee Veliz   , ERO | | |
| Court Interpreter | Francisco Vergara   (used) | Adjourn | 08:17 AM |
| U.S. Pretrial | Julio Taboada | | |
| U.S. Marshal | Joseph Thorton | DATE | **November 21, 2012** |
| U.S. Probation | Clara Cavazos | | |

Western District of Texas / San Antonio Division Docket No: SA:11-CR-0980-OLG(01)
Southern District of Texas / Laredo Division Docket No. 5:12-MJ-1487

| | | |
|---|---|---|
| United States of America | § | Michelle Marshall / Robert Ramirez , AUSA |
| vs | § | |
| Carlos Omar Zelaya-Romero, Defendant | § | AFPD Dan Ramirez  (on duty), Dft's Atty |

## Courtroom Minutes
### Initial Appearance

✔   Initial appearance on **[Warrant on Arrest]**.

✔   Dft's first appearance.  Dft. Advised of charges and rights.

✔   Dft. advised of charges.
    Indictment
    Violation of Pretrial Release                    Violation of Misdemeanor Probation
    ✔ Violation of Supervised Release Term      Other:

✔   FINANCIAL AFFIDAVIT, executed and filed.

✔   Defendant requests appointed counsel.

✔   Federal Public Defender, appointed.

✔   No bond set. Defendant ordered detained pending further proceedings.

✔   Identity / Detention / and Preliminary Examination - Supervised Release Violation  Hearing set on 11/29/12 at 10:00 AM before U.S. Magistrate Judge Guillermo R. Garcia  in Courtroom 3C.

✔   USPO, Clara Cavazos advised the Court, Probation was unaware as to Transfer of Jurisdiction regarding this case.

✔   Defendant remanded to the custody of U.S. Marshals.

GRG/ MLR